UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER WOLF (fka Defendant/Counterclaim Plaintiff) <br>     Plaintiff, <br>     v. <br> PAYNEWEST INSURANCE, INC., a Montana corporation, (fka Plaintiff/Counterclaim Defendant); and EDWARD HEINE, individually and his marital estate, <br>     Defendants. | NO. 2:15-cv-00222-SAB <br><br> **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF 68. The motion was heard without oral argument and on an expedited basis.

The parties indicate they have reached a settlement and all matters and issues in the above-captioned case have been resolved. They ask that the Court dismiss the case with prejudice and without costs or attorneys' fees to any party.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF 68, is **GRANTED**.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** ~ 1

2. The above-captioned case is **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 25th day of October 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 2**